RECEIVED
AUG 28 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

08-605 T

Plaintiff(s) or Petitioner(s)
PRINCIPAL LIFE INSURANCE COMPANY and PRINCIPAL FINANCIAL GROUP, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Bruce Graves
Firm Name: Brown, Winick, Graves, Gross, Baskerville & Schoenebaum, PLC
Post Office Box:
Street Address: 666 Grand Avenue, Suite 2000
City-State-Zip: Des Moines, IA 50309-2510
Telephone & Facsimile Numbers: 515/242-2400 515/283-0231

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 0
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ Count I - $10,004,543, plus interest
Count II - $11,943,246, plus interest
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.