ORIGINAL

FILED
AUG 28 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY and PRINCIPAL FINANCIAL GROUP, INC., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | 08-605 T<br>CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF |

Pursuant to RCFC 7.1, Plaintiffs Principal Life Insurance Company and Principal Financial Group, Inc. provides the following corporate disclosure statement to the Court:

1. Plaintiff Principal Life Insurance Company is a wholly-owned subsidiary of Principal Financial Services, Inc.

2. Principal Financial Services, Inc. is a wholly-owned subsidiary of Principal Financial Group, Inc., a publicly held company.

August 27, 2008.

Bruce B. Graves, AT0002945 (Iowa)

BROWN, WINICK, GRAVES, GROSS, BASKERVILLE & SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-283-0231

ATTORNEY FOR PLAINTIFFS