ORIGINAL

FILED
AUG 28 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>and<br><br>PRINCIPAL FINANCIAL GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 08-605 T<br><br>NOTICE OF DIRECTLY-RELATED CASES |

Pursuant to RCFC 40.2(a), Plaintiff Principal Life Insurance Company states to the Court:

1. This tax case relating to the taxable years 2002-2003 and arising out of the Complaint filed contemporaneously herewith is directly related to the following three earlier-filed tax cases involving the taxable years 1995-1996, 1997-98, and 1999-2001, and such cases have been consolidated under No. 07-6T:

I. Principal Life Insurance Company
And Subsidiaries
v.
The United States
No. 07-6T
(Judge Francis M. Allegra)
(Filed January 4, 2007)

II. Principal Life Insurance Company, and
Principal Financial Group, Inc., Plaintiffs,
v.
United States of America, Defendant.
No. 07-706T
(Judge Francis M. Allegra)
(Filed September 28, 2007)

III. Principal Life Insurance Company, and
Principal Financial Group, Inc., Plaintiffs,
v.
United States of America, Defendant
(Judge Francis M. Allegra)
(Filed March 6, 2008)

2. The three directly-related cases shown above involve the same parties and many of the same issues and claims raised in the Complaint filed contemporaneously herewith with respect to the taxable years 2002-2003, including some carrybacks from the taxable years 2002-2003 to the taxable years involved in the earlier-filed cases. In addition, the Court's decision in the earlier-filed cases may give rise to certain carryovers applicable to 1999-2001.

3. One of the issues involved in the earlier-filed cases as well as this case involves applicability of interest on deferred tax under section 453A of the Internal Revenue Code. The same issue was decided by Judge Allegra with respect to the taxable years 1991-1994 in the following earlier-decided case:

Principal Life Insurance Company And Subsidiaries
v.
The United States
No. 02-1278T
70 Fed. Cl. 144 (2006)
(Judge Francis M. Allegra)

4. Plaintiff believes that assignment of this case to Judge Allegra and consolidation of this case with the earlier-filed cases under No. 07-6T will conserve judicial resources and promote efficient determination in both cases.

Date: 8-27, 2008.

Bruce Graves AT0002945
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFFS,
PRINCIPAL LIFE INSURANCE
COMPANY and
PRINCIPAL FINANCIAL GROUP, INC.