# In The United States Court of Federal Claims

No. 08-605T

(Filed: October 8, 2008)

_____

PRINCIPAL LIFE INSURANCE
COMPANY AND PRINCIPAL FINANCIAL
GROUP, INC.,

         Plaintiffs,

  v.

THE UNITED STATES,

         Defendant.

_____

**ORDER**

_____

On August 28, 2008, plaintiff filed its complaint in this case. This complaint involves issues similar to those presented in *Principle Life Insurance Company and Subsidiaries v. United States*, No. 07-006T. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate, for purposes of briefing and decision, this case with No. 07-006T.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge